In re PETITION FOR DISCIPLINARY ACTION AGAINST Craig Victor KITCHEN, a Minnesota Attorney, Registration No. 216100.

No. A05–841.

Supreme Court of Minnesota.

May 25, 2005.

ORDER

Based upon the application of the Director of the Office of Lawyers Professional Responsibility, pursuant to Rule 12(c)(1), Rules on Lawyers Professional Responsibility, and upon evidence that respondent Craig Victor Kitchen cannot be found in the state or served personally with the petition for disciplinary action,

IT IS HEREBY ORDERED that respondent Craig Victor Kitchen is suspended from the practice of law in Minnesota. Within one year from the date of this order, respondent may move for vacation of the order for suspension and for leave to answer the disciplinary petition. Respondent is advised that if he fails to appear in this matter within one year from the date this order is filed, the allegations in the petition for disciplinary action shall be deemed admitted.

BY THE COURT:

/s/Russell A. Anderson
Associate Justice

STATE of Minnesota, Respondent,

v.

Anthony CARMAN, Petitioner.

No. A04–966.

Supreme Court of Minnesota.

May 25, 2005.

ORDER

By order dated March 29, 2005, the petition for further review in the above-entitled case was granted and all proceedings were stayed pending final disposition in *State v. Modtland,* 695 N.W.2d 602 (2005). The *Modtland* opinion was filed May 12, 2005.

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the court of appeals filed January 11, 2005, be, and the same is, reversed, and the case is remanded to the district court for a new decision on probation revocation in light of *State v. Modtland,* 695 N.W.2d 602 (Minn.2005).

BY THE COURT:

/s/Kathleen A. Blatz
Chief Justice